# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Steven James Hall, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:16-cv-00221 |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 7, 2016 Order.

July 7, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court